AO 91 (Rev. 08/09) Criminal Complaint

AUSA Susan Fairchild (313) 226-9577
Special Agent Joshua Maxwell (313) 215-8428

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America

v.

Lenche KRCOSKA, aka Almira JAVOROVAC, aka Elena TRENESKA

Case: 2:19-mj-30493
Assigned To : Unassigned
Assign. Date : 9/17/2019
Description: CMP USA v. KRCOSKA (SO)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of September 15, 2019 in the county of Wayne in the Eastern District of Michigan, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Section 1544 | Improper Use of Another's Passport |
| Title 18, United States Code, Section 911 | False Representation as a United States Citizen |

This criminal complaint is based on these facts:

On or about September 15, 2019, in the Eastern District of Michigan, Southern Division, Lenche KRCOSKA, aka Almira JAVOROVAC, aka Elena TRENESKA, an alien from Macedonia, applied for admission to the United States willingly and knowingly using a U.S. Passport issued for the use of another and falsely and willfully represented herself to be a citizen of the United States, to Customs and Border Protection Officers at the Detroit Ambassador Bridge, Detroit, Michigan, in violation of Title 18, United States Code, Sections 1544 and 911.

☑ Continued on the attached sheet.

_Complainant's signature_

Joshua Maxwell, CBP Enforcement Officer
_Printed name and title_

Sworn to before me and signed in my presence.

Date: September 17, 2019

_Judge's signature_

City and state: Detroit, Michigan

Anthony P. Patti, U.S. Magistrate Judge
_Printed name and title_

# **AFFIDAVIT**

I, Joshua R. Maxwell, declare the following under penalty of perjury:

1. I am an Enforcement Officer with the Department of Homeland Security, Customs and Border Protection, and have been employed with the same for nineteen years. I have received specialized training, and I am experienced in the detection of imposters, counterfeit, and altered documents. This affidavit is submitted in support of a finding of probable cause and is a summary of information known to law enforcement personnel, other civilian witnesses, and personal knowledge.

2. On September 15, 2019, at approximately 1930 hours, at the Detroit Ambassador Bridge, Detroit, Michigan, Lenche KRCOSKA and Rahim Javorovac applied for admission into the United States, in a vehicle displaying a Texas license plate, LGR 1915, driven by Javorovac. KRCOSKA presented a United States Passport, 58181XXXX, in the name of Almira Javorovac, with Rahim Javorovac presenting United States Passport, 56364XXXX, to primary Customs and Border Protection Officer (CBPO) A. Faraj. CBPO A. Faraj suspected that KRCOSKA might be an imposter to the United States Passport she presented, as she did not appear to match the photograph in the passport of Elmira Javorovac. CBPO A. Faraj requested further documentation from KRCOSKA, which she was unable to produce. CBPO A. Faraj asked both Rahim and KRCOSKA what their citizenships were, with both replying, "U.S.". CBPO A. Faraj asked both Rahim and KRCOSKA if the passports they were presenting were their own passports, with both responding, "Yes". CBPO M. Wade asked KRCOSKA, "Is this you on the passport?", with her responding "Yes". CBPO M. Wade noticed that KRCOSKA did not appear to be the same person in the picture on the passport presented.

3. In CBP secondary, KRCOSKA's fingerprints were queried through CBP systems, with a match to Fingerprint Identification Number (FIN), 1185288568. Queries of FIN 1185288568 confirmed KRCOSKA's identity as Lenche KRCOSKA, date of birth XX/XX/1967, and that she was not the true bearer of U.S. Passport, 58181XXXX, in the name of Almira Javorovac. KRCOSKA's FIN also confirmed a visa denial at the U.S. Consulate in Skopje, Macedonia on April 30, 2015. KRCOSKA's

visa was denied because her husband and son entered the United States on visitor visas and overstayed their lawful admissions.

4. Canada Border Services Agency (CBSA) was contacted to inquire how KRCOSKA entered Canada. CBSA responded that KRCOSKA flew into Canada on July 24, 2019, using the name of Elena Treneska, date of birth XX/XX/1967 and Macedonian passport, C1110354.

5. CBPO-E J. Ferguson and I questioned the driver of the vehicle, Rahim Javorovac. During the interview, Javorovac stated that KRCOSKA wanted to come visit him in the United States, but did not have a U.S. Visa. Javorovac suggested that KRCOSKA use his wife's passport to gain entry into the United States. KRCOSKA agreed and used Javorovac's wife's passport to attempt to enter the United States.

6. Therefore, based upon the aforementioned facts, there is probable cause to believe the defendant, Lenche KRCOSKA, a/k/a Elena Treneska, a/k/a Almira Javorovac, is an alien who applied for admission to the United States who willingly and knowingly used a U.S. Passport issued for the use of another and falsely and willfully represented herself to a be a citizen of the United States, in violation of Title 18, United States Code, Sections 1544 and 911.

_____
Joshua R. Maxwell, Enforcement Officer
U.S. Customs and Border Protection

Subscribed and sworn before me
this 17th day of September 2019

_____
Anthony P. Patti
United States Magistrate Judge

2